No. 96–8431. JONES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8433. MUNDY v. WRIGHT, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 96–8435. MORMON v. UNITED STATES; and
No. 96–8494. GREEN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 105 F. 3d 656.

No. 96–8437. SCHROEDER v. UNITED STATES; and
No. 96–8441. MUSSARI v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 95 F. 3d 787.

No. 96–8439. WILSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–8445. McCOY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–8447. NELSON v. UNITED STATES. C. A. 4th. Cir. Certiorari denied.

No. 96–8456. HUMPHRIES v. UNITED STATES; and
No. 96–8459. GRAY v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 104 F. 3d 359.

No. 96–8458. FITZGERALD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–8472. BEARD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–8479. SMITH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–8493. HILL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–8506. DIAZ v. MITCHELL, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–8708. HILL v. HOPPER, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.